UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. LACY,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL MIYAMOTO,<br><br>        Respondent. | Case No. 20-cv-03036-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 12 |

Good cause being shown, petitioner's request for an extension of time to file his opposition to the respondent's motion to dismiss is GRANTED. Dkt. No. 12. Petitioner shall file his opposition by November 30, 2020. Respondent shall file his reply in support of his motion to dismiss no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: 10/8/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge