UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY D. LACY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PAUL MIYAMOTO,<br><br>　　　　　Respondent. | Case No. 20-cv-03036-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Re: Dkt. No. 15 |

Good cause being shown, Respondent's request for an extension of time to file his reply in support of his motion to dismiss is GRANTED. Dkt. No. 15. Respondent shall file his reply by November 24, 2020. No hearing shall be held on this motion.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 10/27/2020

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge