UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY D. LACY,

               Petitioner,

     v.

PAUL MIYAMOTO,

               Respondent.

Case No.  20-cv-03036-HSG

**JUDGMENT**

      For the reasons set forth in the Order of Dismissal, the instant action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Respondent and against Petitioner.

      **IT IS SO ORDERED.**

Dated:  1/4/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge